

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

AO 10
Rev. 1/2010

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CARNEY, CORMAC J. | 2. Court or Organization<br><br>DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>04/26/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>RONALD REAGAN FEDERAL BUILDING<br>411 WEST FOURTH STREET<br>SANTA ANA, CALIFORNIA 92701-4516 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Dean's Council | Chapman Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE 2010 MAY -3 P II: 32 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Carney, Cormac J.

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY, CORMAC J. | 04/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions )*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY, CORMAC J. | 04/26/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4 | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Bank Accounts | A | Int./Div. | K | T | | | | | |
| 2. Wells Fargo Bank Account | A | Dividend | J | T | | | | | |
| 3. Wells Fargo CD | B | Int./Div. | K | T | | | | | |
| 4. Home Savings CD (X) | A | Interest | K | T | | | | | |
| 5. Home Savings Accounts (X) | A | Interest | K | T | | | | | |
| 6. Vanguard Wellington Fund (X) | A | Interest | K | T | | | | | |
| 7. Vanguard Health Care Fund (X) | A | Interest | J | T | | | | | |
| 8. Janus Twenty Fund | | None | K | T | | | | | |
| 9. Columbia Stragetic Investor Fund | A | Dividend | J | T | | | | | |
| 10. Janus Global Technology | | None | J | T | | | | | |
| 11. AMGN | | None | | | Sold | 09/28/09 | J | A | |
| 12. MSCC | | None | | | Sold | 09/28/09 | J | A | |
| 13. American Century - Ultra | A | Dividend | K | T | | | | | |
| 14. County Deferred Comp. Plan - Stable Value Fund | A | Dividend | J | T | | | | | |
| 15. IRA Brokerage | D | Dividend | N | T | | | | | |
| 16. -Schwab Total Bond Fund - SWLBX | | | | | | | | | |
| 17. -Schwab Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY, CORMAC J. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    -AMAT | | | | | Sold | 09/28/09 | J | A | |
| 19.    -CSCO | | | | | Sold | 09/28/09 | J | A | |
| 20.    -COST | | | | | | | | | |
| 21.    -ELN | | | | | Sold | 09/28/09 | J | A | |
| 22.    -Clipper Fund CFIMX | | | | | | | | | |
| 23.    -HD | | | | | | | | | |
| 24.    -MRK | | | | | | | | | |
| 25.    -MSCC | | | | | Sold | 09/28/09 | J | A | |
| 26.    BRKB | | None | J | T | Buy | 03/04/09 | J | | |
| 27.    TGT | | None | J | T | Buy | 03/05/09 | J | | |
| 28.    P&G | | None | J | T | Buy | 03/05/09 | J | | |
| 29.    -Meridian Growth Fund MERDX | | | | | | | | | |
| 30.    -Schwab 1000 Index Fund - SNXSX | | | | | | | | | |
| 31.    -Schwab Intl Index Fund - SWINX | | | | | | | | | |
| 32.    -Tweedy Browne Global Value Fund - TBGVX | | | | | | | | | |
| 33.    -Vanguard Small Cap Index Fund - NAESX | | | | | | | | | |
| 34.    401(k) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Davis NY Venture - NYVRX | | | | | | | | | |
| 36. -Fidelity Advisor Freedom 2020 - FDTFX | | | | | | | | | |
| 37. Brokerage Account | | | | | | | | | |
| 38. -American Funds - Balanced | A | Dividend | J | T | | | | | |
| 39. -Capital Income Bldr FD - CIBCX | A | Dividend | J | T | | | | | |
| 40. -American Funds Growth Fund | A | Dividend | K | T | | | | | |
| 41. -Van Kampen Equity Small Caps | | None | J | T | | | | | |
| 42. -Washington Mutual Investors Fund - WSHCX | A | Dividend | J | T | | | | | |
| 43. -American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 44. -Putnam CA Tax Exempt Income FD - CLC | B | Dividend | L | T | | | | | |
| 45. IRA Rollover | A | Dividend | K | T | | | | | |
| 46. -Growth FD Amer Inc - GFACX | | | | | | | | | |
| 47. -Franklin Rising Dividends - FRDTX | | | | | | | | | |
| 48. -Allianz NFJ Small Cap - PCVCX | | | | | | | | | |
| 49. -Capital World Growth & Income CWGCX | | | | | | | | | |
| 50. -Pimco Total Return - PTTCX | | | | | | | | | |
| 51. -Amer Balanced Fund - BALCX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY, CORMAC J. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -VK Global Franchise Fund - VGFCX | | | | | | | | | |
| 53. 529 Savings Plan #1 | A | Dividend | | | Sold | 12/07/09 | K | B | |
| 54. -American Funds - Growth Fund | | | | | | | | | |
| 55. -American Funds - New Perspective Fund | | | | | | | | | |
| 56. -Washington Mutual Investors Fund | | | | | | | | | |
| 57. -American Funds - Capital Income Builder | | | | | | | | | |
| 58. -American Funds - Balanced Fund | | | | | | | | | |
| 59. -American Funds - Bond Fund | | | | | | | | | |
| 60. 529 Savings Plan #2 | B | Dividend | K | T | | | | | |
| 61. -American Funds - Growth Fund | | | | | | | | | |
| 62. -American Funds - New Perspective Fund | | | | | | | | | |
| 63. -Washington Mutual Investors Fund | | | | | | | | | |
| 64. -American Funds - Capital Income Builder | | | | | | | | | |
| 65. -American Funds - Balanced Fund | | | | | | | | | |
| 66. -American Funds - Bond Fund | | | | | | | | | |
| 67. 529 Savings Plan #3 | B | Dividend | K | T | | | | | |
| 68. -American Funds - Growth Fund | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B -$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E -$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L -$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY, CORMAC J. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    -American Funds - New Perspective Fund | | | | | | | | | |
| 70.    -Washington Mutual Investors Fund | | | | | | | | | |
| 71.    -American Funds - Capital Income Builder | | | | | | | | | |
| 72.    -American Funds - Balanced Fund | | | | | | | | | |
| 73.    -American Funds - Bond Fund | | | | | | | | | |
| 74.    Variable Life Insurance | C | Dividend | L | T | | | | | |
| 75.    -NW Mutual - Mid Ca Grth Stock | | | | | | | | | |
| 76.    -NW Mutual Growth Stock Fund | | | | | | | | | |
| 77.    -NW Mutual Index 400 Stock Fund | | | | | | | | | |
| 78.    -NW Mutual Small Cap Growth Stock Fund | | | | | | | | | |
| 79.    -Russell Non-US Fund | | | | | | | | | |
| 80.    -Russell Real Estate Securities Fund | | | | | | | | | |
| 81.    -Small Cap Value (formerly T Rowe Small Cap Value Fund) | | | | | | | | | |
| 82.    -Domestic Equity (formerly NW Mu Cap Guard Dome Eq Fund) | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY, CORMAC J. | 04/26/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII: Items 5, 6, and 7 were inherited.

| Name of Person Reporting | Date of Report |
|---|---|
| CARNEY. CORMAC J. | 04/26/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF_____'TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle. N.E.
Washington, D.C. 20544